# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160920(56)(57)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

HARVEY HANEY,
            Plaintiff-Appellant,

v                                                   SC: 160920
                                                    COA: 348163
MICHIGAN TOWNSHIPS ASSOCIATION,                     Ingham CC: 18-000254-CZ
            Defendant-Appellee.
_____/

On order of the Chief Justice, the motion of the Michigan Municipal League, Michigan Association of Counties, and Michigan Library Association to file a joint brief amicus curiae is GRANTED. The amicus brief submitted on March 31, 2020, is accepted for filing. On further order of the Chief Justice, the motion of plaintiff-appellant to file a response to that amicus brief is GRANTED. The response will be accepted for filing if submitted within 21 days of this order.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2020

                                            Clerk